UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-21981-WILLIAMS

RPM DIESEL ENGINE COMPANY

    Plaintiff,

vs.

M/Y 3K

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation on Defendant's motion for countersecurity (the "Report"). (DE 31.) In the Report, Judge Torres recommends that Defendant's motion for countersecurity should be granted. (*Id.*) Plaintiff filed objections to the Report. (DE 34.) Accordingly, upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 31) is **AFFIRMED AND ADOPTED**.

2. Defendant's motion for countersecurity (DE 18) is **GRANTED**.

3. Within 14 days of this order, Plaintiff shall post $65,000 as countersecurity into the Court's registry.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 9th day of December 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE